Return date: April 30, 2019
9:30 a.m.

UNITED STATES BAN KRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――X
In re:                                                                  Chapter 13
                                                                            Case No 17-36789- (cgm)

        Marc D. Kessman,

                    Debtor(s).
―――――――――――――――――――――――X

**NOTICE OF MOTION FOR AN ORDER PURSUANT TO
11 U.S.C. §§363(b)(1) AND 363(f)(3) AUTHORIZING DEBTOR'S SALE**

**PLEASE TAKE NOTICE**, that upon the annexed motion of Matthew G. Cascioli, ("the debtor"), by his attorneys, The Law Offices of Francis J. O'Reilly, dated February 26, 2019, the undersigned will move before United States Bankruptcy Judge Cecelia G. Morris, at the United States Bankruptcy Court, Southern District of New York, 355 Main Street, Poughkeepsie, New York, 12601, on **April 30, 2019** at **9:30 a.m.** (the "Hearing"), or as soon thereafter as counsel can be heard, for an Order authorizing the debtors to sell their right, title and interest in and to their property located at 70 Athena Court, Mahopac, New York 10541.

**PLEASE TAKE FURTHER NOTICE** that responsive papers, if any, are to be served on the undersigned and filed with the court no later than seven (7) days prior to the return date of this motion and filed with the court along with proof of service and must comply with the Bankruptcy Court's electronic filing system in accordance with General Order M-242 and Supplemental Order M-269.

**PLEASE TAKE FURTHER NOTICE**, that the Proposed Order may be modified at or prior to the Hearing to accommodate objections thereto by interested parties or for any other reason whatsoever and that, at the Hearing, the Court may enter such Order as it deems appropriate in accordance with applicable law and required by the circumstances and equities of the case.

Dated: Carmel, New York
March 29, 2019

By:    /s/ Frank J. Corigliano            Frank J. Corigliano (FC2742)
                                                            Office of Francis J. O'Reilly
                                                            Attorney for Debtor
                                                            1961 Route 6
                                                            Carmel, NY  10512
                                                            (845) 225-5800