# Closing Disclosure

| Closing Information | | Transaction Information | |
|---|---|---|---|
| Date Issued | | Borrower | Carolyn Tullipano<br>18 Gerry Road<br>Poughkeepsie, NY 12603 |
| Closing Date | May 17, 2019 | | |
| Disbursement Date | May 17, 2019 | | |
| Settlement Agent | Francis J. O'Reilly, Esq. | Seller | Matthew Cascioli<br>201 Williamsburg Drive<br>Mahopac, NY 10541 |
| File # | | | |
| Property | 70 Athena Court<br>Mahopac, NY 10541 | | |
| Sale Price | 615000 | | |

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $ 620,763.04 |
|---|---|---|
| 01 | Sale Price of Property | $ 615,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | $ 0.00 |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 | City/Town Taxes     to | |
| 10 | County Taxes     to 12/31/19 | $ 3,885.12 |
| 11 | Assessments     to | |
| 12 | | |
| 13 | School Taxes to 6/30/2019 | $ 1,877.92 |
| 14 | | |
| 15 | | |
| 16 | | |

| Due from Seller at Closing | | $ 620,763.04 |
|---|---|---|
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $ 581,097.54 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | |
| 05 | Payoff of Second Mortgage Loan | |
| 06 | Realtor Fees to J.Philip Real Estate | $ 18,450.00 |
| 07 | Realtor Fees to | $ 18,450.00 |
| 08 | Seller Credit | |
| 09 | Recording Fees | $ 55.50 |
| 10 | Pick Up Fee to Title Co. | $ 250.00 |
| 11 | NYS Transfer Tax | $ 2,460.00 |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 | City/Town Taxes     to | |
| 15 | County Taxes     to | |
| 16 | Assessments     to | |
| 17 | Common Charges | |
| 18 | | |
| 19 | | |

### CALCULATION

| Total Due to Seller at Closing | $ 620,763.04 |
|---|---|
| Total Due from Seller at Closing | $ 620,763.04 |
| Cash ☐ From ☒ To Seller | $ 0.00 |

## Contact Information

| REAL ESTATE BROKER (B) | |
|---|---|
| Name | J. Philip Real Estate LLC |
| Address | 593 Route 6<br>Mahopac, NY 10541 |
| __ License ID | |
| Contact | Jennifer Maher |
| Contact __ License ID | |
| Email | jennmaher1@gmail.com |
| Phone | (914) 330-7222 |

| REAL ESTATE BROKER (S) | |
|---|---|
| Name | Houlihan Lawrence |
| Address | Village Green, PO Box 458<br>Bedford, NY 10506 |
| __ License ID | |
| Contact | Lindsay Matthews |
| Contact __ License ID | |
| Email | lmatthews@houlihanlawrence.com |
| Phone | 914-318-1394 |

| SETTLEMENT AGENT | |
|---|---|
| Name | Francis J. O'Reilly, Esq. |
| Address | 1961 Route 6<br>Carmel, New York 10512 |
| __ License ID | |
| Contact | Frank J. Corigliano, Esq. |
| Contact __ License ID | |
| Email | fcorigliano@mahopaclawyer.com |
| Phone | (845) 225-5800 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

CLOSING DISCLOSURE                                                                                                   PAGE 1 OF 2

# Closing Disclosure

| Closing Information | | Transaction Information | |
|---|---|---|---|
| Date Issued | | Borrower | Richard Blasetti and Serena Blasetti |
| Closing Date | May 17, 2019 | | 31 Watson Way |
| Disbursement Date | May 17, 2019 | | Putnam Valley, NY 10579 |
| Settlement Agent | Francis J. O'Reilly, Esq. | Seller | Marc Kessman |
| File # | | | 70 Athena Court |
| Property | 70 Athena Court | | Mahopac, NY 10541 |
| | Mahopac, NY 10541 | | |
| Sale Price | $615,000.00 | | |

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $ 620,763.04 |
|---|---|---|
| 01 | Sale Price of Property | $ 615,000.00 |
| 02 | Sale Price of Any Personal Property Included in Sale | $ 0.00 |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| **Adjustments for Items Paid by Seller in Advance** | | |
| 09 | City/Town Taxes       to | |
| 10 | County Taxes       to 12/31/19 | $ 3,885.12 |
| 11 | Assessments       to | |
| 12 | | |
| 13 | School Taxes to 6/30/2019 | $ 1,877.92 |
| 14 | | |
| 15 | | |
| 16 | | |

| Due from Seller at Closing | | $ 620,763.04 |
|---|---|---|
| 01 | Excess Deposit | |
| 02 | Closing Costs Paid at Closing (J) | $ 581,097.54 |
| 03 | Existing Loan(s) Assumed or Taken Subject to | |
| 04 | Payoff of First Mortgage Loan | |
| 05 | Payoff of Second Mortgage Loan | |
| 06 | Realtor Fees to J.Philip Real Estate | $ 18,450.00 |
| 07 | Realtor Fees to | $ 18,450.00 |
| 08 | Seller Credit | |
| 09 | Recording Fees | $ 55.50 |
| 10 | Pick Up Fee to Title Co. | $ 250.00 |
| 11 | NYS Transfer Tax | $ 2,460.00 |
| 12 | | |
| 13 | | |
| **Adjustments for Items Unpaid by Seller** | | |
| 14 | City/Town Taxes       to | |
| 15 | County Taxes       to | |
| 16 | Assessments       to | |
| 17 | Common Charges | |
| 18 | | |
| 19 | | |

### CALCULATION

| Total Due to Seller at Closing | $ 620,763.04 |
|---|---|
| Total Due from Seller at Closing | $ 620,763.04 |
| Cash ☐ From ☒ To Seller | $ 0.00 |

## Contact Information

### REAL ESTATE BROKER (B)
| | |
|---|---|
| Name | J. Philip Real Estate LLC |
| Address | 593 Route 6 |
| | Mahopac, NY 10541 |
| __ License ID | |
| Contact | Jennifer Maher |
| Contact __ License ID | |
| Email | jennmaher1@gmail.com |
| Phone | (914) 330-7222 |

### REAL ESTATE BROKER (S)
| | |
|---|---|
| Name | Houlihan Lawrence |
| Address | Village Green, PO Box 458 |
| | Bedford, NY 10506 |
| __ License ID | |
| Contact | Lindsay Matthews |
| Contact __ License ID | |
| Email | lmatthews@houlihanlawrence.com |
| Phone | (914) 318-1394 |

### SETTLEMENT AGENT
| | |
|---|---|
| Name | Francis J. O'Reilly, Esq. |
| Address | 1961 Route 6 |
| | Carmel, New York 10512 |
| __ License ID | |
| Contact | Frank J. Corigliano, Esq. |
| Contact __ License ID | |
| Email | fcorigliano@mahopaclawyer.com |
| Phone | (845) 225-5800 |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at **www.consumerfinance.gov/mortgage-closing**

# Closing Cost Details

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01    % of Loan Amount (Points) | | | |
| 02 | | | |
| 03 | | | |
| 04  Payoff First Mortgage to Bank of America, N.A. | | $ 577,597.54 | |
| 05  Attorney Fee to Francis J. O'Reilly, Esq. | | $ 3,500.00 | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01  Recording Fees        Deed:        Mortgage: | | | |
| 02 | | | |
| **F. Prepaids** | | | |
| 01  Homeowner's Insurance Premium (     mo.) | | | |
| 02  Mortgage Insurance Premium (    mo.) | | | |
| 03  Prepaid Interest (        per day from         to      ) | | | |
| 04  Property Taxes (    mo.) | | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01  Homeowner's Insurance        per month for    mo. | | | |
| 02  Mortgage Insurance             per month for    mo. | | | |
| 03  Property Taxes                 per month for    mo. | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08  Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **J. TOTAL CLOSING COSTS** | | $ 581,097.54 | $ 0.00 |

CLOSING DISCLOSURE                                                                    PAGE 2 OF 2

## Seller Addendum

**Confirm Receipt**

By Signing, you are only confirming that you have received this form.

_____    _____
Seller Signature            Date            Co-Seller Signature            Date